### JAMES V. THE STATE.

*Assault With Intent to Murder.*

(Decided May 14, 1907.)

APPEAL from Jefferson Criminal Court.
Heard before Hon. S. L. WEAVER.
No counsel marked for appellants.
ALEXANDER M. GARBER, Attorney General, for the
State.
Opinion by DENSON, J.
Affirmed.
TYSON, C. J., HARALSON and SIMPSON, JJ., concur.

---

### JOHNSON V. THE STATE.

*Murder.*

(Decided April 18, 1907.)

APPEAL from Perry Circuit Court.
Heard before Hon. B. M. MILLER.
J. D. CHAPPELL, and J. B. HENDON, for appellant.
ALEXANDER M. GARBER, Attorney General, for the
State.
Opinion by HARALSON, J.
Affirmed.
TYSON, C. J., SIMPSON and DENSON, JJ., concur.